UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROSE M. WILSON,<br><br>        Defendant. | No. 1:17-PO-08131-MKD-1<br><br>ORDER GRANTING MOTION TO DISMISS CASE WITHOUT PREJUDICE<br><br>**ECF No. 30** |

Before the Court is the United States' Motion to Dismiss Case Without Prejudice, pursuant to Fed. R. Civ. P. 48(a). ECF No. 30. For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Dismiss Case (ECF No. 30) is GRANTED.

2. This case is DISMISSED WITHOUT PREJUDICE.

DATED April 23, 2018.

                            _s/Mary K. Dimke_
                          MARY K. DIMKE
            UNITED STATES MAGISTRATE JUDGE

ORDER - 1